UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06–0396M-01 (CR) |
| **BRANDON M. LAUREYS,** | : | VIOLATIONS: 18 U.S.C. § 2423(b) |
| **Defendant.** | : | (Travel With Intent to Engage in Illicit Sexual |
| | : | Conduct); |
| | : | 22 D.C.C. § 3010(b)(1) |
| | : | (Enticement of a Child or Minor) |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about September 13, 2006, within the District of Columbia, **BRANDON M. LAUREYS**, knowingly traveled in interstate commerce, from the State of Maryland to the District of Columbia, for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 28 U.S.C. § 2246(2), with a person under the age of 18 years, and said sexual act would be a violation of Chapter 109A of Title 18, United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

(**Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

**COUNT TWO**

On or about September 13, 2006, within the District of Columbia, **BRANDON M. LAUREYS**, attempted to seduce, entice, allure, convince, or persuade a person who represented himself to be a child or minor to engage in a sexual act or contact.

(**Enticement of a Child or Minor**, in violation of Title 22, District of Columbia Code, Section 3010(b)(1))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610


BY: _____
JESSIE K. LIU
Assistant United States Attorney
Bar No. 472845
Federal Major Crimes Section
555 4th Street, N.W., Room 4649
Washington, D.C. 20530
(202) 514-7549