UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-296 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRANDON M. LAUREYS,** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Angela Schmidt, at telephone number (202) 514-7273 and/or email address Angela.Schmidt@usdoj.gov. Ms. Schmidt will substitute for Assistant United States Attorney Jessie Liu as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 514-7273