UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 06-296
)
)
BRANDON M. LAUREYS )

WAIVER OF INDICTMENT

I, **BRANDON M. LAUREYS**, the above-name defendant, who is accused of

18 USC 2423(b)
Travel With Intent to Engage in Illicit Sexual Conduct;
22 D.C.C. 301(b)(1)
Enticement of a Child or Minor

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **October 18, 2006** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: __Oct. 19, 2006__
    Judge John D. Bates