UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 06-296 (JDB) |
| BRANDON M. LAUREYS, | : |
| Defendant. | : |

## STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Brandon M. Laureys, hereby submit this Statement of the Offense. The essential elements of the felony offense of Attempted Enticement of a Child or Minor, in violation of 22 D.C. Code § 3010(b)(1) (as amended), each of which the Government must prove beyond a reasonable doubt, are:

1. That Defendant attempted to seduce, entice, allure, convince, or persuade another person to engage in a sexual act or contact; and

2. That the person whom Defendant attempted to seduce, entice, allure, convince or persuade represented himself to be a child or minor.

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on or about September 13, 2006, Detective Timothy R. Palchak, of the Metropolitan Police Department, was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force. Detective Palchak was operating out of the ICAC satellite office in Washington, D.C. On or about September 13, 2006, an individual

using the screen name "ilikesexxx" initiated contact in a private Yahoo! chat room with Detective Palchak, who was using the screen name "daddysgrldc." Detective Palchak identified himself as a twelve-year-old female residing in the District of Columbia. Defendant Laureys, who was using the screen name "ilikesexxx," identified himself as a twenty-year-old male residing in College Park, Maryland.

The conversation between Defendant Laureys and Detective Palchak, posing as "daddysgrldc," began at approximately 4:06 p.m. and ended at approximately 4:51 p.m. During the course of the conversation, Defendant Laureys and Detective Palchak exchanged photographs via the Internet. Detective Palchak sent a picture of a young child in a bathing suit, representing that it was a photograph of the twelve-year-old girl who was using the screen name "daddysgrldc." Defendant Laureys sent several pictures of himself. Detective Palchak indicated in the course of the conversation that the twelve-year-old girl using the screen name "daddysgrldc" was named "Amanda." During the conversation in the chat room, Defendant Laureys discussed engaging in sexual intercourse with "Amanda." He assured her that she would not get pregnant because he always used condoms when engaging in sexual relations. He also made arrangements to meet Amanda in front of                              in the District of Columbia at 5:15 p.m. on September 13, 2006.

On September 13, 2006 at approximately 6:25 p.m., Defendant Laureys was observed parking a vehicle bearing Maryland license plates in front of                    ., Washington, D.C. Defendant Laureys's appearance matched that of the person depicted in the photographs sent via the Internet by the individual using the screen name "ilikesexxx." Defendant Laureys was placed

under arrest at that time. A search incident to arrest was conducted. Among the items recovered were condoms and driving directions from             ZIP code 20740-2108, to N.E. The words "Apt 3 Amanda" were written below the directions. After Defendant Laureys's arrest, he gave            , College Park, Maryland" as his address. Defendant Laureys's date of birth is

This Statement of the Offense is a summary of Defendant Laureys's participation in the offense of Attempted Enticement of a Child or Minor, in violation of 22 D.C. Code § 3010(b)(1) (as amended), and is not intended to be a complete accounting of all facts and events related to the offense. The limited purpose of this Statement of the Offense is to demonstrate that a factual basis exists to support Defendant Laureys's guilty plea in this case.

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR
                                    United States Attorney

                                    JESSIE K. LIU
                                    Assistant United States Attorney
                                    D.C. Bar No. 472845
                                    Federal Major Crimes Section
                                    555 Fourth Street, N.W., Room 4649
                                    Washington, D.C. 20530
                                    202-514-7549

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney, Howard R. Cheris, Esquire. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/19/06

BRANDON M. LAUREYS
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/19/06

HOWARD R. CHERIS, ESQUIRE
Attorney for Defendant