IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** )<br>   -v-  )<br>         )   Case No.: 06-296 (JDB)<br>**Brandon Laureys** )<br>         )<br>**Defendant** ) | |

### NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that a Motion to File Sealed Material with Attachment and Proposed Order was filed in paper format with the Court under Case #06-396. This document is not available for public viewing.

Respectfully submitted,

_____
Howard R. Cheris, Esq.
800 S. Frederick Ave., #203
Gaithersburg, MD 20877
(301) 315-0800
Bar #433625

Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Notice was either delivered electronically, faxed, hand-delivered or mailed first class, postage prepaid this _14_ day of __December__, 2006 to the Office of the United State's Attorney, 555 4th St., Washington, DC 20001.

_____
Howard R. Cheris