IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** )<br>     -v-                    )<br>                              )   Case No.:  06-296 (JDB)<br>**Brandon Laureys**   )<br>                              )<br>**Defendant**           ) | |

## DEFENDANT'S SUPPLEMENTAL MEMORANDUM
## IN AID OF SENTENCING

Defendant hereby submits the following supplement to his earlier submission in this matter and states:

1. Defendant's initial sentencing memorandum noted to the Court that Mr. Laureys plead guilty to an offense of Enticement and that the statute covering said conduct has been amended and expired under the D.C. Code.

2. Though not noted in either party's submission, government counsel has directed defense counsel to a further revision and amendment to the Enticement statute that is in effect today. The new revision appears to cover conduct that involves this offense: an attempted enticement against a "virtual child."

3. Counsel wished to inform the Court of this information in order that the Court not be misinformed or misled by Defendant's earlier submission.

4. Despite the revisions to the Enticement statute, Defendant maintains his position as to the appropriate Guideline and Defendant's fitness for probation.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Howard R. Cheris, Esq.
                                        800 S. Frederick Ave., #203
                                        Gaithersburg, MD  20877
                                        (301) 315-0800
                                        Bar #433625

                                        Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Supplement was either delivered electronically, faxed, hand-delivered or mailed first class, postage prepaid this <u>18th</u> day of <u>December</u>, 200<u>6</u>, to the Office of the United State's Attorney, 555 4th St., Washington, DC  20001.

                                        _____/s/_____
                                        Howard R. Cheris