HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-296</u> |
| vs. | : | |
| LAUREYS, Brandon | : | Disclosure Date: <u>November 27, 2006</u> |

DEC 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ✓ )   There are no material/factual inaccuracies therein.
(   )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Angela Schmidt_                                 _12/7/06_
**Prosecuting Attorney**                          **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
(   )   There are no material/factual inaccuracies therein.
( ✓ )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_   _12/19/06_            _[signature]_         _12/18/06_
**Defendant**      **Date**           **Defense Counsel**     **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>December 11, 2006</u>, to U.S. Probation Officer <u>Kelli Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
      United States Probation Officer

**FILED**

**DEC 1 9 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subj: **Re: Laureys**
Date: 12/7/2006 3:42:46 P.M. Eastern Standard Time
From: Cherislaw
To: Kelli_Cave@dcp.uscourts.gov
CC: angela.schmidt@usdoj.gov

Ms. Cave:

Attached is the report for mental health/risk assessment for Brandon Laureys. The report has been conducted by a vendor and treatment provider for CSOSA as well as the US Dist. Ct. and Courts in surrounding jurisdictions. I have forwarded a copy to the AUSA in this case, who I am copying with this email.

As far as objections, we note an objection to the guideline calculation of 6-24 months. It is our position that the guildeline calculation should be 1-12 months (probation permissible) since this is an "attemptd enticement" which places the offense in a lower category. The temporary, 90-day amended legislation that authorized the inclusion and or expansion of the enticement offense to include "attempt" offenses on a virtual child (as is the case here) expired on October 19, 2006. The fact that the statute was not further cemented into law creates an inconsistency where identical criminal acts would be treated differently from a guideline perspective if committed on October 20, 2006 after the legislation expired. This inconsistency would also afford a defendant a lesser sentence under the guidelines.

*Either guideline calculation would be probation permissible.*

Other than what has been mentioned, there are no material objections, additions or corrections.

The defense will be drafting and submitting a more formal response by or before December 12, 2006.

Howard R. Cheris, Esq.
800 S. Frederick Ave.
Suite #203
Gaithersburg, MD 20877

(301) 315-0800
Fax (301) 947-1045

This electronic message contains information which may be legally confidential and/or privileged. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.