UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 06-296 (JDB)** |
| : | |
| **BRANDON LAUREYS,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of the Joint Motion for Forfeiture of Property in this case, and good cause appearing,

It is this _____ day of December, 2006, hereby:

**ORDERED**, that the joint motion is granted; and

**FURTHER ORDERED**, that the Judgment and Conviction Order in this case shall include a provision ordering the forfeiture of the defendant's interest in a black and gray homemade personal computer recovered from the basement of his residence on September 14, 2006.

_____
**JOHN D. BATES**
**United States District Judge**

**Copies to:**
**Howard Cheris, Esq.**
**Angela Schmidt, AUSA**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | **CRIMINAL NO. 06-296 (JDB)** |
| : | |
| **BRANDON LAUREYS,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of the Joint Motion for Forfeiture of Property in this case, and good cause appearing,

It is this _____ day of December, 2006, hereby:

**ORDERED,** that the joint motion is granted; and

**FURTHER ORDERED,** that the Judgment and Conviction Order in this case shall include a provision ordering the forfeiture of the defendant's interest in a black and gray homemade personal computer recovered from the basement of his residence on September 14, 2006.

_____
**JOHN D. BATES**
United States District Judge

**Copies to:**
**Howard Cheris, Esq.**
**Angela Schmidt, AUSA**