UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 06-296 (JDB)** |
| : | |
| **BRANDON LAUREYS,** : | |
| : | |
| **Defendant.** : | |

**UNITED STATES' MOTION TO DISMISS COUNT ONE OF THE INFORMATION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court dismiss Count One of the Information in this case. As grounds for this request, the United States states:

1.  On October 19, 2006, the defendant pleaded guilty to Count Two of an Information charging him with Enticement of a Child or Minor, in violation of the Omnibus Public Safety Emergency Amendment Act of 2006, Act 16-445, §209(b), for attempting to persuade an undercover officer who represented himself to be a child to engage in sexual intercourse. Pursuant to paragraph three of the plea agreement, the United States agreed to dismiss at the time of sentencing Count One of the Information, which charged the defendant with Travel With Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b).

2. The defendant was sentenced on December 19, 2006. In accordance with its obligation under the plea agreement, the government now moves to dismiss Count One of the Information in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____/s/_____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-7273
Angela. Schmidt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 06-296 (JDB)** |
| : | |
| **BRANDON LAUREYS,** : | |
| : | |
| **Defendant.** : | |

ORDER

Upon consideration of the United States' Motion to Dismiss Count One of the Information in this case, and good cause appearing,

It is this _____ day of December, 2006, hereby:

ORDERED, that the government's motion is granted; and

FURTHER ORDERED, that Count One of the Information in this case is dismissed.

_____
**JOHN D. BATES**
United States District Judge

**Copies to:**
**Howard Cheris, Esq.**
**Angela Schmidt, AUSA**