### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 06-296 (JDB)** |
| : | |
| **BRANDON LAUREYS,** : | |
| : | |
| **Defendant.** : | |

### JOINT MOTION FOR FORFEITURE OF PROPERTY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court include a provision for forfeiture of property in its judgment and conviction order in this case. As grounds for this request, the United States states:

1. On October 19, 2006, the defendant pleaded guilty to one count of Enticement of a Child or Minor, in violation of the Omnibus Public Safety Emergency Amendment Act of 2006, Act 16-445, §209(b), for attempting to persuade an undercover officer who represented himself to be a child to engage in sexual intercourse. Pursuant to paragraphs ten through twelve of the plea agreement, the defendant gave up his interest in a personal computer recovered from the basement of his home on September 14, 2006.

2. The defendant was sentenced on December 19, 2006. The Court's sentence did not mention forfeiture of the computer, and the undersigned Assistant inadvertently failed to raise this matter with the Court at the time. The government therefore now requests that the Court include the forfeiture of the computer described in paragraph ten of the plea agreement in its judgment and conviction order in this case.

3. The undersigned Assistant has spoken with Howard Cheris, counsel for the defendant, and he agrees to the government's request.

WHEREFORE, the government respectfully requests that the Court's judgment and conviction order in this case require forfeiture of the defendant's computer.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

By:       /s/
_____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 514-7273
Angela. Schmidt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 06-296 (JDB)** |
| : | |
| **BRANDON LAUREYS,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of the Joint Motion for Forfeiture of Property in this case, and good cause appearing,

It is this _____ day of December, 2006, hereby:

**ORDERED**, that the joint motion is granted; and

**FURTHER ORDERED**, that the Judgment and Conviction Order in this case shall include a provision ordering the forfeiture of the defendant's interest in a black and gray homemade personal computer recovered from the basement of his residence on September 14, 2006.

_____
**JOHN D. BATES**
United States District Judge

**Copies to:**
Howard Cheris, Esq.
Angela Schmidt, AUSA