## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| -v- | ) |
| | )    **Case No.: 06-296 (JDB)** |
| **Brandon Laureys** | ) |
| | ) |
| **Defendant** | ) |

## DEFENDANT'S CONSENT MOTION TO
## AMEND JUDGMENT AND COMMITMENT ORDER

Pursuant to Rules 35 and 36, Defendant moves this Court to amend the

Judgment and Commitment ORDER which was filed on December 21, 2006 after

sentencing was held on December 19, 2006 and states:

1. One of the issues discussed at the sentencing hearing was the

Defendant's request that he be sentenced under the District of Columbia Youth

Act for the offense of Enticement of a Minor. The Court did issue a Youth Act

sentence, but said distinction is not reflected in the Court's ORDER.

2. Counsel has reviewed the Judgment in this matter and, though the

Court did sentence Mr. Laureys under the Youth Act, said distinction as to the

Youth Act is not listed in any section of the Court's ORDER.

3. Assistant United State's Attorney Angela Schmidt expressed her

consent concerning this motion.

4. The Court should be informed of this omission in order that the

Judgment and Commitment ORDER be amended as necessary.

WHEREFORE, Defendant prays the Court direct the Clerk of the Court to issue an amended Judgment and Commitment ORDER in this matter to reflect a sentence under the District of Columbia Youth Act and such other and further relief deemed proper.

Respectfully submitted,

Howard R. Cheris, Esq.
800 S. Frederick Ave., #203
Gaithersburg, MD  20877
(301) 315-0800
Bar #433625

Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Defendant's Sentencing Memorandum was either delivered electronically, faxed, hand-delivered or mailed first class, postage prepaid this 28th day of December, 2006, to the Office of the United State's Attorney, 555 4th St., Washington, DC 20001.

Howard R. Cheris

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** )<br> **-v-** )<br> )<br> **Brandon Laureys** )<br> )<br> **Defendant** ) | **Case No.:  06-296 (JDB)**<br><br>**Judge John D. Bates** |

### ORDER

This matter comes before the Court upon consideration of Defendant's Motion to Amend the Judgment and Commitment ORDER in this matter.

Upon review of Defendant's Motion and with the Government's consent thereto, it is hereby

ORDERED, that the Judgment and Commitment ORDER in this matter be amended to reflect a sentence under the District of Columbia Youth Act and it is

FURTHER ORDERED, that the Clerk of the Court issue an Amended Judgment and Commitment ORDER to reflect said changes and effectuate the purposes of this ORDER.

The Honorable John D. Bates
United States District Court
for the District of Columbia

Dated: _____

Copies to:
Howard R. Cheris, Esq.
Angela Schmidt, Esq.

3