UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Crimnal No. 06-296 (JDB) |
| BRANDON LAUREYS, | |
| Defendant. | |

FILED

JAN 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

This matter comes before the Court upon consideration of defendant's motion to amend the Judgment and Commitment Order to conform to the oral sentence imposed on December 19, 2006. Upon review of defendant's motion and the government's consent thereto, and pursuant to Fed. R. Crim. P. 36, the Court has concluded that it is necessary and appropriate to amend the Judgment and Commitment Order to state that the sentence is under the District of Columbia Youth Rehabilitation Act, D.C. Code §§ 24-901 to -907 (2001), as set forth at the sentencing hearing. A separate Amended Judgment and Commitment Order reflecting this change will be posted on this date. Accordingly, it is hereby

ORDERED that defendant's motion is GRANTED.

_____
JOHN D. BATES
United States District Judge

Date:   January 3, 2007